UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

REGINALD MORGAN,                       )
                                       )
          Plaintiff,                   )
                                       )
     vs.                               )          Case No. 4:05-CV-1433 MLM
                                       )
JO ANNE B. BARNHART,                   )
Commissioner of Social Security,       )
                                       )
          Defendant.                   )

**ORDER**

     This matter is before the Court upon the application of Reginald Morgan for leave to commence this action without payment of the required filing fee.  Upon consideration of the financial information provided with the application, the undersigned finds that the applicant is financially unable to pay any portion of the filing fee.

     Therefore,

     **IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #1] is **GRANTED**.  See 28 U.S.C. § 1915(a)(1).

     **IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to be issued upon the complaint.

                                   /s/Mary Ann L. Medler
                                   MARY ANN L. MEDLER
                                   UNITED STATES MAGISTRATE JUDGE

Dated this  14th  day of  September, 2005.